## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                        No. 4:08CR00060-02 JLH

TOMMY CHARLES VIRGIL                                                                  DEFENDANT

### ORDER

The revocation hearing previously set for Wednesday, September 19, 2012, at 1:30 p.m., is hereby rescheduled for ***MONDAY, SEPTEMBER 24, 2012, at 9:00 a.m.***, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Documents #92, #93, #100, #104, and #107.

IT IS SO ORDERED this 18th day of September, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE